1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DORIS S. GAINES, | ) | 1:08-cv-01563 OWW GSA |
| | ) | |
| | ) | ORDER REQUIRING PLAINTIFF TO |
| Plaintiff, | ) | PAY FILING FEE |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, proceeding pro se, filed the instant action on October 17, 2008. In addition, Plaintiff filed a motion to proceed in forma pauperis. On October 31, 2008, the Court denied Plaintiff's application to proceed in forma pauperis. To date, Plaintiff has not paid the filing fee.

Accordingly, Plaintiff is ORDERED to pay the $350.00 filing fee within thirty (30) days of the date of service of this order. In the alternative, Plaintiff may renew her motion to proceed in forma pauperis if she presently is unable to pay the cost of these proceedings by filing an application within thirty (30) days of the date of service of this order. The Clerk of the Court shall send Plaintiff the appropriate application.

Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:** __December 4, 2008__ _____/s/ **Gary S. Austin**_____

1    UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28