# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DORIS S. GAINES, | ) | 1:08cv1563 OWW GSA |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS |
| | ) | AND RECOMMENDATION |
| v. | ) | |
| | ) | (Document 5) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Doris Gaines ("Plaintiff") filed this action seeking review of the Commissioner's denial of her application for social security benefits. On December 4, 2008, the court issued an order requiring that within thirty days, Plaintiff pay the filing fee, or in the alternative, submit a renewed application to proceed in forma pauperis.

To date, Plaintiff has not submitted the filing fee or filed a new application to proceed in forma pauperis. On February 12, 2009, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED for Plaintiff's failure to follow the Court's order. The Findings and Recommendation was served on Plaintiff and contained notice that any objections were to be filed within thirty (30) days. The Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on February 12, 2009, is ADOPTED IN FULL; and

2. The action be DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   March 16, 2009**          /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE